UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80740-RS

DAVID POSCHMANN,

        Plaintiff,

v.

900 DIXIE HIGHWAY NORTH, LLC and
SAJID ENTERPRISES, INC.,

        Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, DAVID POSCHMANN, by and through his undersigned counsel, pursuant to Federal Rules of Civil Procedure 41 (a) (1) (A) (i), hereby dismisses this action with prejudice.

                                      s/LEE D. SARKIN
                                      LEE D. SARKIN, ESQ.
                                      Florida Bar No. 962848
                                      E-mail: Lsarkin@aol.com
                                      DREW M. LEVITT, ESQ.
                                      Florida Bar No. 782246
                                      E-mail: drewmlevitt@gmail.com
                                      4700 N.W. Boca Raton Boulevard
                                      Suite 302
                                      Boca Raton, Florida 33431
                                      Telephone (561) 994-6922
                                      Facsimile (561) 994-0837